# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FLORES, et. al.,<br><br>　　　　　　　　　　Plaintiffs,<br>　vs.<br><br>J.C. PENNEY, et. al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 04CV2337 - IEG (NLS)<br><br>**ORDER (1) GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE STATUS CONFERENCE and (2) DIRECTING THAT STAY ORDER REMAIN IN PLACE**<br><br>[Doc. No. 142] |

Presently before the Court is an <u>ex parte</u> application by defendants Steven Shephard and City of National City (Doc. No. 142) for an Order continuing the status conference currently scheduled for September 24, 2007, at 10:30 a.m. and directing that the Court's August 18, 2006 Order (Doc. No. 137) staying this case in its entirety remain in place. Shephard appealed this Court's March 16, 2006 Order that Shephard was not entitled to qualified immunity. (<u>See</u> Doc. Nos. 108, 116.) The parties have completed briefing, but the Ninth Circuit has not set a date for oral argument. (Doc. No. 142, at 2.) Plaintiffs and the nonmoving defendants do not oppose this application.

//
//
//
//

1 | The Court hereby **CONTINUES** the status conference until <u>Monday</u>, <u>February  8</u>, <u>2008</u> at
2 | <u>10:30 a.m.</u>  In the interests of justice, the Court's August 26, 2006 Order staying this case in its
3 | entirety **SHALL REMAIN IN PLACE** until <u>February</u> <u>8</u>, <u>2008</u>.
4 |   **IT IS SO ORDERED**.

**DATED: September 19, 2007**

                 *Irma E. Gonzalez*
                 **IRMA E. GONZALEZ, Chief Judge**
                 **United States District Court**