1  Kimberly S. Oberrecht [CSB No. 190794]
   Emily D. Wallace [CSB No. 234427]
2  **HORTON, OBERRECHT, KIRKPATRICK & MARTHA**
   225 Broadway, Suite 2200
3  San Diego, California 92101
   (619) 232-1183; Fax (619) 696-5719
4
5  Attorneys for Defendants, J.C. PENNEY CORPORATION, INC., f.k.a. J.C. PENNEY COMPANY, INC. and JOHN SANCHEZ

FILED
08 OCT 31 PM 2:00

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FLORES; ALEJANDRO GALEANA; MARFELIX ARCETA; JUANA FLORES; GIOVANNI FLORES, a minor, by and through his Guardian Ad Litem; and ABIGAIL FLORES, a minor, by and through her Guardian Ad Litem,<br><br>Plaintiffs,<br><br>vs.<br><br>J.C. PENNEY CORPORATION, INC., a Delaware corporation; J.C. PENNEY COMPANY, INC., a Delaware corporation; JOHN SANCHEZ; STEVEN SHEPHARD; CITY OF NATIONAL CITY, a municipality; and DOES 1-50, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-CLAIMS. | Case No. 04 CV 2337IEG (NLS)<br><br>**STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT AND ORDER THEREON**<br><br>Dept.: Courtroom 1<br>Judge: Hon. Irma E. Gonzalez |

IT IS HEREBY STIPULATED by and between Plaintiffs ANTONIO FLORES; ALEJANDRO GALEANA; MARFELIX ARCETA; JUANA FLORES; GIOVANNI FLORES, a minor, by and through his Guardian Ad Litem Maribel Garcia; and ABIGAIL FLORES, a minor, by and through her Guardian Ad Litem Maribel Garcia on the one hand, through their respective attorneys of record, and Defendants J.C. PENNEY CORPORATION, INC., f.k.a. J.C. PENNEY COMPANY, INC. and JOHN SANCHEZ, on the other hand, through their attorneys of record, that pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of ONLY Defendants J.C. PENNEY CORPORATION, INC., f.k.a. J.C. PENNEY

1  COMPANY, INC. and JOHN SANCHEZ from Plaintiffs' Complaint, Case No. 04 CV 2337IEG
2  (NLS), with each party to bear his, her or its own attorneys' fees and costs.
3      This Stipulation can be signed in counterparts and by facsimile.
4  Dated: 10-13-08

    SUPPA, TRUCCHI & HENEIN, LLP

    _/s/ Teresa A. Trucchi_
    Teresa A. Trucchi, Esq.,
    Attorneys for Plaintiffs ANTONIO FLORES; JUANA FLORES; GIOVANNI FLORES, a minor, by and through his Guardian Ad Litem; and ABIGAIL FLORES, a minor, by and through her Guardian Ad Litem

9  Dated: 10·28

    HORTON, OBERRECHT, KIRKPATRICK & MARTHA

    _/s/_
    Kimberly S. Oberrecht,
    Emily D. Wallace,
    Attorneys for Defendants, J.C. PENNEY CORPORATION, INC., f.k.a. J.C. PENNEY COMPANY, INC. and JOHN SANCHEZ

15  Dated: _____

    WOOD & WOOD

    John W. Wood, Esq.,
    Attorneys for Defendants, CITY OF NATIONAL CITY and OFFICER SHEPHARD

20      IT IS HEREBY ORDERED that ONLY Defendants J.C. PENNEY CORPORATION, INC.,
21  f.k.a. J.C. PENNEY COMPANY, INC. and JOHN SANCHEZ are dismissed with prejudice from
22  Plaintiffs' Complaint, Case No. 04 CV 2337IEG (NLS).
23      **IT IS SO ORDERED.**
24  Dated: _____

    Hon. Irma E. Gonzalez
    CHIEF JUDGE OF THE U.S. DISTRICT COURT

28  G:\CLIENTS\2115\Pleadings\DISMISSAL STIP.wpd

1  COMPANY, INC. and JOHN SANCHEZ from Plaintiffs' Complaint, Case No. 04 CV 2337IEG
2  (NLS), with each party to bear his, her or its own attorneys' fees and costs.
3      This Stipulation can be signed in counterparts and by facsimile.
4  Dated: _____  SUPPA, TRUCCHI & HENEIN, LLP

_____
Teresa A. Trucchi, Esq.,
Attorneys for Plaintiffs ANTONIO FLORES; JUANA FLORES; GIOVANNI FLORES, a minor, by and through his Guardian Ad Litem; and ABIGAIL FLORES, a minor, by and through her Guardian Ad Litem

Dated: 10·28  HORTON, OBERRECHT, KIRKPATRICK & MARTHA

_____
Kimberly S. Oberrecht,
Emily D. Wallace,
Attorneys for Defendants, J.C. PENNEY CORPORATION, INC., f.k.a. J.C. PENNEY COMPANY, INC. and JOHN SANCHEZ

APPROVED AS TO FORM ONLY
Dated: 10/13/08  WOOD & WOOD

_____
John W. Wood, Esq.,
Attorneys for Defendants, CITY OF NATIONAL CITY and OFFICER SHEPHARD

    IT IS HEREBY ORDERED that ONLY Defendants J.C. PENNEY CORPORATION, INC., f.k.a. J.C. PENNEY COMPANY, INC. and JOHN SANCHEZ are dismissed with prejudice from Plaintiffs' Complaint, Case No. 04 CV 2337IEG (NLS).

    IT IS SO ORDERED.
Dated: 10/31/08

_____
Hon. Irma E. Gonzalez
CHIEF JUDGE OF THE U.S. DISTRICT COURT

G:\CLIENTS\2115\Pleadings\DISMISSAL STIP.wpd

Case No. 04 CV 2337IEG (NLS)