1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **SOUTHERN DISTRICT OF CALIFORNIA**

10

| 11 | ANTONIO FLORES; JUANA FLORES; | CASE NO. 04cv2337-IEG(NLS) |
| 12 | GIOVANNI FLORES, a minor, by and through his Guardian Ad Litem; and | |
| 13 | ABIGAIL FLORES, a minor, by and through her Guardian Ad Litem, | Order  Granting Defendants' Motion to Amend Judgment [Doc. No. 224] |
| 14 | Plaintiffs, | |
| 15 | vs. | |
| 16 | STEVEN SHEPHARD; CITY OF NATIONAL CITY, a municipality, | |
| 17 | Defendants. | |

18

19     Upon application, for good cause shown, and with no substantive opposition by Plaintiffs,

20 the Court GRANTS Defendants' motion to alter or amend the judgment pursuant to Fed. R. Civ. P.

21 59(e).  The Clerk is directed to amend the last sentence of the judgment in this case to read as

22 follows:  "Judgment entered in favor of Defendants on the claims of all remaining Plaintiffs, and

23 judgment entered in favor of Defendant City of National City on the claims of Plaintiff Antonio

24 Flores."  The January 12, 2009 hearing *as to this motion only* is VACATED.

25     **IT IS SO ORDERED**.

26 **DATED:  January 5, 2009**

27 _Irma E. Gonzalez_
**IRMA E. GONZALEZ, Chief Judge**

28 **United States District Court**

04cv2337