# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 0 6 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Antonio Flores; Juana Flores; Giovanni Flores; Abigail Flores

V.

Steven Shephard; City of National City

AMENDED JUDGMENT IN A CIVIL CASE

CASE NUMBER:   04cv2337-IEG(NLS)

[X]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Based upon the jury's responses to the special verdict form, Court finds that Plaintiff Antonio Flores is entitled as a matter of law to an award of nominal damages on his claim under 42 USC 1983. Judgment entered in favor of Antonio Flores against Defendant Steven Shephard on claim under 42 USC 1983, and awarded nominal damages in the amount of $1.00. Judgment entered in favor of Defendants on the claims of all remaining Plaintiffs, and judgment entered in favor of Defendant City of National City on the claims of Plaintiff Antonio Flores.

| January 6, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

J. Haslam
(By) Deputy Clerk

ENTERED ON January 6, 2009